**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**


JOHN ANDERSON KING,

        Plaintiff,

vs.                                     CASE NO. 5:07cv112/RS-AK

LECLAIR RYAN; JOHN JESSEE,
Individually; and JOHN FITZPATRICK,
Individually,

        Defendants.
_____/

## ORDER

      Before me are the Magistrate Judge's Report and Recommendation (Doc. 22) and the Motion To Dismiss (Doc. 24) filed by Defendant John Fitzpatrick.

      **IT IS ORDERED**:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     The Motions to Dismiss filed by Defendant John T. Jessee (Doc. 7), Leclair Ryan (Doc. 8), and Defendant John Fitzpatrick (Doc. 24) are denied.

3.     This case is transferred to the United States District Court for the Eastern District of Virginia.

4.     The clerk is directed to close the file.

ORDERED on January 2, 2008.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**